AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.

JUN 28 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUAN ICAL, | ) | Case No. 19-8245-BER |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 26, 2019** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, ICE D/O
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/28/19

_____
Judge's signature

City and state: West Palm Beach, FL

Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and I am also Deportation Officer with Immigration and Customs Enforcement (ICE) and have been so employed for over fifteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Juan ICAL committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about June 26, 2019, Juan ICAL was arrested in Palm Beach County, Florida for 2 counts of battery on a law enforcement officer, 2 counts of resisting with violence, and obstruction. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is, Juan ICAL.

1

4. A review of the immigration alien file shows that Juan ICAL is a native and citizen of Mexico. Records further show that on or about April 12, 2018, Juan ICAL was voluntary removed from the United States.

5. Thereafter, Juan ICAL re-entered into the United States illegally and on or about March 11, 2019, he was ordered removed. The Order of Removal was executed on the same day, that is, on or about March 11, 2019, whereby Juan ICAL was removed from the United States and returned to Mexico.

6. I scanned Juan ICAL's fingerprints taken in connection with his June 26, 2019 arrest in Palm Beach County into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Juan ICAL.

7. I performed a records check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Juan ICAL filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Juan ICAL obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about June 26, 2019, Juan ICAL, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the Department of

Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Subscribed and sworn to before me this ___28___ day of June 2019.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   19-8245-BER

UNITED STATES OF AMERICA

vs.

JUAN ICAL,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  _____ Yes   __X__ No

                        Respectfully submitted,

                        ARIANA FAJARDO ORSHAN
                        UNITED STATES ATTORNEY

BY: _____
      RINKU TRIBUIANI
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 0150990
      500 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33401-6235
      Tel:  (561) 820-8711
      Fax: (561) 820-8777
      Rinku.Tribuiani@usdoj.gov